SHAW WV0014

```
              IN THE UNITED STATES BANKRUPTCY COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION
IN RE: CLIFFORD SHAW              :   CHAPTER: 7
                                  :
                                  :
                                  :   BANKRUPTCY NO: 04-03165
```

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditors listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent appears below.

3. The address below should be substituted for that of the creditor named below.

```
                         American Express Centurion Bank
                         c/o Becket and Lee, LLP
                         P.O. Box 3001
                         Malvern, PA 19355-0701


                    By:   /s/Gilbert B. Weisman
                         _____
                          Gilbert B. Weisman
                          Becket and Lee LLP, Attorneys/Agent
                          (610) 644-7800

                          DATE: October 13, 2004
```

PET: 09/07/2004

TRI