# United States Bankruptcy Court

Northern District Of West Virginia
Case No. **2:04–bk–03165**
Chapter 7

In re: (Name of Debtor)
   Clifford Lee Shaw
   dba C and M Transport
   Rt 10 Old Weston Road
   PO Box 735
   Buckhannon, WV 26201

                                           Martha Elizabeth Shaw
                                           Rt 10 Old Weston Road
                                           PO Box 735
                                           Buckhannon, WV 26201

Social Security No.:
   xxx–xx–3747                                               xxx–xx–4248

## FINAL DECREE CLOSING BANKRUPTCY CASE
## AND DISCHARGING TRUSTEE

The estate of the above−named debtor(s) having been fully administered,

**IT IS HEREBY ORDERED** :

1. that Mitchell Lee Klein be discharged as Trustee of the estate of the above−named debtor(s), and the bond heretofore pledged is cancelled;

2. that the Chapter 7 case of the above−named debtor(s) be, and is, hereby closed.

The Clerk is directed to remove this matter from the Court's docket.

                                                                                  BY THE COURT

Dated: 12/7/04                                                  L. Edward Friend II
                                                                    United States Bankruptcy Judge